IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 17-60700-cv-

WIDNEY ALEXANDRE

    Plaintiff,

v.

DISTINCT HOME HEALTH CARE SERVICES,
INCORPORATED and STEVE O, AKINBEHINJE

    Defendants.
_____/

**DEFENDANTS' NOTICE FOR REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DISTINCT HOME HEALTH CARE SERVICES, INCORPORATED and STEVE AKINBEHINJE ("Defendants") pursuant to 28 U.S.C. Sections 1331, 1343, 1441(b) and 1446, files this Notice of Removal and in support thereof would respectfully show the Court the following:       I.

The above action was commenced on or about March 21, 2017 in the Seventeenth Judicial Circuit in and for Broward , Florida.  In the initial complaint, Plaintiff seeks relief for violation of 29 U.S.C. § 201, et. seq, the Fair Labor Standards Act. Defendant were served with process on March 29, 2017.   This petition for removal is timely made pursuant to 28 U.S.C. 1446(b).

II.

The United States District Court, Southern District of Florida, is the proper district court because the Southern District of Florida embraces Broward County, the location of the state court with concurrent jurisdiction.  Thus, the requirements of 28 U.S.C. 1441(a) have been met.

III.

Copies of all state court processes, pleadings and other papers served upon the Defendants in this action are attached hereto.

WHEREFORE, Defendants respectfully pray that the above action now pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida be removed therefrom to this Court and that Defendants be granted such other relief to which they may be justly entitled.

                            Respectfully Submitted,

                            LANGBEIN & LANGBEIN, P.A.
                            Counsel for the Defendants
                            8181 NW 154th Street, Suite 105
                            Miami Lakes, FL 33016
                            (Tel) (305) 556-3663
                            (Fax) (305) 556-3647
                            Email: langbeinpa@bellsouth.net

                          By:   /s/   Leslie W. Langbein,
                                  Leslie W. Langbein, Esq.
                                  Fla. Bar No. 305391

## **CERTIFICATE OF SERVICE**

      I CERTIFY that a copy of the foregoing was filed electronically on April 10, 2017 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel for the parties of record or unrepresented parties on the attached service list:

                                            By: */s/* Leslie W. Langbein
                                                Leslie W. Langbein, Esq.

## **SERVICE LIST**

Jason S. Remer, Esq.
Brody Shulman, Esq.
REMER & GEORGES-PIERRE, PLLC.
44 West Flagler Street
Suite 2200
Miami, Fl 33130
Tel: (305) 416-5000
Fax: (305) 416-5005
email: jremer@rgplaw.com
Counsel for the Plaintiff

Leslie W. Langbein
LANGBEIN & LANGBEIN, P.A.
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647
email: langbeinpa@bellsouth.net
Counsel for Defendants